Before STATE INDUSTRIAL BOARD, Respondent. JOHN HALL, Claimant,

Respondent, v. CORNING GLASS WORKS and Others, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.